UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JARED ANTHONY WINTERER, a.k.a. JARED ANTHONY ROSE, <br><br> Plaintiff, <br><br> v. <br><br> ATTORNEY GENERAL OF WASHINGTON, WASHINGTON STATE SUPREME COURT and WASHINGTON STATE BAR ASSOCIATION, <br><br> Defendant. | NO: 1:16-CV-3208-RMP <br><br> ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

By Order filed January 12, 2017, the Court directed Mr. Winterer to submit an application to proceed *in forma pauperis* and a certified copy of their trust fund account statement (or institutional equivalent) for the 6-months immediately preceding the filing of the complaint as required by 28 U.S.C. § 1915(a)(2). ECF No. 3. In the alternative, Plaintiff was directed to pay the $400.00 fee ($350.00 filing fee, plus $50.00 administrative fee) to commence this action. Plaintiff did not comply with these directives and he has filed nothing further in this action.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

Accordingly, for the reasons set forth above and in the Court's prior Order, **IT IS ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, enter judgment, forward copies to Plaintiff and CLOSE the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** March 15, 2017.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          United States District Judge