# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Jared Anthony Winterer also known as Jared Anthony Rose <br> *Plaintiff* <br> v. <br> Attorney General of Washington, Washington State Supreme Court, and Washington State Bar Association <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:16-cv-03208-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This action is DISMISSED WITHOUT PREJUDICE for failure to comply with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

Order Dismissing Action for Failure to Comply With Filing Fee Requirements.

Date: 3/15/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler